STATE OF LOUISIANA

VERSUS

CLARENCE OTIS GIBSON

NO. 24-KH-469

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

October 10, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CLARENCE OTIS GIBSON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**WRIT DENIED**

In this writ application, relator, Clarence Gibson, challenges his 25-year sentence on his sexual battery conviction. For the following reasons, we deny this writ application.

Relator was charged with aggravated rape of a known juvenile in violation of La. R.S. 14:42. In 2009, after a jury trial, he was convicted of the lesser included offense of sexual battery, in violation of La. R.S. 14:43.1, and sentenced to 25 years of imprisonment at hard labor.

Relator filed an appeal, in which he argued the trial court erred by sentencing him to 25 years imprisonment, in accordance with the penalty provision of La. R.S. 14:43.1C(2), rather than the penalty provision in La. R.S. 14:43.1C(1), which provides for a maximum sentence of 10 years. This Court found that while

24-KH-469

the trial court did commit an *Apprendi*[1] violation, this error was harmless. Accordingly, this Court affirmed relator's conviction and sentence. The Louisiana Supreme Court denied writs thereafter. *State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814.

On October 3, 2024, relator filed a writ application with this Court, arguing his 25-year sentence for sexual battery is excessive because "no bodily harm was done to the child and there was no sexual penetration." He refers to his prior appeal and acknowledges this Court's finding of harmless error in sentencing. However, he insists that this Court has to do something to help him, because the victim lied when she "cried rape," and he has already served 17 years in prison.

La. C.Cr.P. art. 930.4(A) provides that any claim for relief which was fully litigated in an appeal from the proceedings leading to the judgment of conviction and sentence shall not be considered. Relator acknowledges that he raised this sentencing error on appeal, and that his conviction and sentence were upheld by this Court and the Louisiana Supreme Court. Accordingly, relator's argument is repetitive and shall not be considered again.

Further, courts of appeal review issues that were submitted to the trial court and that are contained in specifications or assignments of error. U.R.C.A., Rule 1-3. There is no indication that relator is seeking review of any recent trial court ruling. Rather, he appears to seek review or reconsideration of this Court's prior opinion, rendered in March of 2010, finding a sentencing error to be harmless and upholding his sentence. Such review is not only untimely, but also procedurally improper.

Moreover, relator's writ application is deficient, because it does not include an index of attachments, a statement of jurisdiction, a statement of the case, a list

---

[1] *See Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

of the issues presented, or a list of the assignments of error, as required by U.R.C.A., Rule 4-5(C).  Relator has also failed to include copies of (1) the ruling from which he seeks review; (2) each pleading on which the ruling was founded; (3) a notice of intent requesting a return date; and (4) an order from the trial court setting a return date for relator to file this writ application.  *See* U.R.C.A., Rules 4-2, 4-3, and 4-5(C).

For these reasons, we deny relator's writ application.

Gretna, Louisiana, this 10th day of October, 2024.

**FHW**
**SMC**
**JGG**

3

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/10/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-469**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Clarence O. Gibson #366576 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748